UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60279-CR-Middlebrooks/Johnson

UNITED STATES OF AMERICA,

       Plaintiff,

v.

EDWARD CORDON, et al.,

       Defendants.



---

## ORDER FOR RETURN OF PASSPORT

---

THIS CAUSE having come to be heard on defendant Edward Cordon's Motion for Return of Passport, this Court having heard argument of counsel, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion is GRANTED. Pretrial Services is directed to return the defendant's passport to him.

DONE AND ORDERED in West Palm Beach, Southern District of Florida on this _20_ day of ____MARCH____, 2008.

                        Donald M. Middlebrooks
                        UNITED STATES DISTRICT JUDGE

cc:    Randee J. Golder, P.A.
       AUSA Laurence Bardfeld
       U.S. Pretrial Services, Ft. Lauderdale (Carol Sirotto)